UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>URIEL VALDOVINOS-TORRES,<br><br>　　　　　Defendant-Movant. | CASE NO. CR08-5533BHS<br><br>ORDER DENYING MOTION FOR REDUCTION OF SENTENCE |

　　This matter comes before the court on Defendant-Movant Uriel Valdovinos-Torres' (Valdovinos-Torres) Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Dkt. # 269. The court has reviewed the motion and the government's response (Dkt. 273), and finds that because the sentence that Valdovinos-Torres is serving is the applicable mandatory minimum sentence of ten years (120 months) required by 21 U.S.C. § 841(b)(1)(A), Defendant is ineligible for a reduction in sentence because his sentence was a mandatory minimum sentence, not a sentence based on the Sentencing guidelines. NOW, THEREFORE,

　　IT IS HEREBY ORDERED that Valdovinos-Torres's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.

　　Dated this 26th day of March, 2015.

　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1